**Order entered December 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00623-CR

### MARIUS TYON MILES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62415-U**

## ORDER

On December 5, 2016, court reporter Sasha Brooks filed seven volumes of reporter's record in this appeal. By order dated December 6, 2016, we noted that volume 7 contained only the index but did not contain any of the exhibits. We ordered Ms. Brooks to file a corrected, properly bookmarked volume 7 containing the exhibits by December 21, 2016. The following day, Ms. Brooks filed a corrected volume; however, exhibit 55, the video of the traffic stop, is missing.

We **ORDER** court reporter Sasha Brooks to file a supplemental reporter's record containing a true and correct copy of exhibit 55, the traffic stop, within **FIFTEEN DAYS** of the date of this order. We **DIRECT** the Clerk to send copies of this order to the Honorable

Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, court reporter; and counsel for all parties.

/s/     ADA BROWN
JUSTICE